In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-17-00031-CV
_____


IN RE KAREN DESHETLER


Original Proceeding
60th District Court of Jefferson County, Texas
Trial Cause No. B-198,783


**ORDER**

Karen deShetler filed a petition for writ of mandamus. The relator is an intervenor in Cause No. B-198,783, *Clifford "Cliff" Sponsler, et al. v. Bank of America, et al.* Relator seeks a writ compelling the Honorable Justin Gary Sanderson, Judge of the 60th District Court of Jefferson County, Texas, to vacate turnover orders. We note our jurisdiction over this matter and the parties. *See* Tex. Gov't Code Ann. § 22.221 (West 2004).

Relator requests that this Court stay the underlying proceedings and halt enforcement of the turnover orders contained in a default judgment and in an order

1

denying motion for clarification as temporary relief. *See* Tex. R. App. P. 52.10(a). The Court finds temporary relief is necessary to prevent undue prejudice. It is ORDERED that the trial court's turnover orders of November 22, 2016, and January 24, 2017, in Cause No. B-198,783 are STAYED until our Opinion issues or until further order of this Court. *See* Tex. R. App. P. 52.10(b). It is further ordered that all further proceedings in Cause No. B-198,783, other than proceedings to enjoin dissipation of the funds in Merrill Lynch, Pierce, Fenner & Smith, Incorporated account number ending in xxx-x5155, are STAYED until our Opinion issues or until further order of this Court. *Id.* No bond is required of the relator as a condition to any relief herein granted.

The response of the real parties in interest, Clifford "Cliff" Sponsler, Individually and as Trustee of The Gene A. Sponsler Revocable Living Trust, The Gene A. Sponsler Revocable Living Trust and Denise Sponsler, Individually and as Successor Trustee of The Gene A. Sponsler Revocable Living Trust, is due February 10, 2017, at 5:00 p.m.

MOTION FOR TEMPORARY RELIEF GRANTED.

ORDER ENTERED January 31, 2017.

PER CURIAM

Before McKeithen, C.J., Kreger and Horton, JJ.